IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KELLY P. GRIFFITH,**                  CASE NO. 2:08–cv-1032

    **Petitioner,**

v.                                    **JUDGE SMITH**

**ROBIN KNAB, WARDEN**
**Chillicothe Correctional Institution,**

    **Respondent**

## OPINION AND ORDER

On April 26, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                    \s\ George C. Smith
                                                    GEORGE C. SMITH
                                                    United States District Judge